# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

**Joe Hand Promotions, Inc.,**

    **Plaintiff,**

v.                                                                                  Case No. 4:18cv10

**Mambo Grill, LLC**

And

**Jorge Alvarez,**

    **Defendants.**

## DEFAULT JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED**, pursuant to the Court's Memorandum Opinion and Order entered September 20, 2019, that plaintiff's motion for default judgment is GRANTED. The Court ENTERS a default judgment in favor of Plaintiff in the aggregate amount of $10,950.00. This amount represents $2,500.00 in statutory damages, $5,000.00 in enhanced statutory damages, $700.00 in costs, and reasonable attorney's fees in the amount of $2,750.00.

DATED:  September 20, 2019                         FERNANDO GALINDO, CLERK

                                                                       By: _____
                                                                                    Deputy Clerk